# EXHIBIT A

|   | EMPLOYEE LAST NAME | EMPLOYEE FIRST NAME |
|---|---|---|
| 1 | Abante | Rina |
| 2 | Arce | Christopher |
| 3 | Basallo | Rosemarie |
| 4 | Cananizado | Emily |
| 5 | Candelario | Cenorina |
| 6 | Casiano | Eileen |
| 7 | Castillejo | Leilanie |
| 8 | Cayago | Brenda |
| 9 | Damron | Ella |
| 10 | Elan | Arnold |
| 11 | Espinosa | Teresa |
| 12 | Gatongay | Robert |
| 13 | Guevarra | Florence |
| 14 | Guillen | Teresa |
| 15 | Cruz Hernandez | Margarito |
| 16 | Lizardo | Erlinda |
| 17 | Macias | Margarita |
| 18 | Macias | Rigoberto |
| 19 | Magante | Loren |
| 20 | Menga | Doris |
| 21 | Nichols | Robert |
| 22 | Pederson | Richard |
| 23 | Redison | Jovitz |
| 24 | Sanchez | Margot |

**COMPLAINT FOR VIOLATIONS OF THE FLSA**                                        **Page 8 of 8**